UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KIRK ALFARO,

    Plaintiff,                                    **DECLARATION OF SERVICE**

        *against*

COUNTY OF SUFFOLK, et al.                      07 CV 747 (ADS) (AKT)

    Defemdants.

----------------------------------------------------------x
KIRK ALFARO,

    Plaintiff,

        *against*

DEMARCO, et al.                                    08 CV 3605 (ADS) (AKT)

    Defendants.

----------------------------------------------------------x

    James C. Neville, a member of the bar of this Court, pursuant to 28 U.S.C. § 1746, affirms as follows:

    1.    On March 19, 2014, I personally served Kirk Alfaro with a true copy of the Court's Order dated March 18, 2014, formally relieving Lumer & Neville as counsel for Mr. Alfaro in the above actions, by handing Kirk Alfaro the said order.

    2.    On March 19, 2014, I personally delivered to Mr. Alfaro his full and complete files for the above actions.

    3.    On March 19, 2014, my office sent a true copy of the Court's Order of March 18, 2014, to plaintiff at his residence by United States Certified Mail, Return Receipt

Requested, with tracking number 7011 1570 0001 3678 0216.

    I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       March 20, 2014

                              /s/
                By: _____
                         James C. Neville